**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

JACQUELIN AMEDA a/k/a Remy Ameda,

      Plaintiff,

v.                                                                    Case No. 2:09-cv-468-FtM-36DNF

NATIONAL CREDIT UNION
ADMINISTRATION, in its capacity as
liquidating agent for Huron River Area Credit
Union, a State chartered credit union,

      Defendant.

_____/

## <u>ORDER</u>

This cause comes before the Court upon the Report and Recommendation filed by United States Magistrate Judge Douglas N. Frazier on August 9, 2010 (Doc. 18), recommending that the Court deny Plaintiff's July 23, 2010 Motion to Transfer (Doc. 16).  Neither party has filed a response to the Report and Recommendation, and the time for doing so has passed.

After carefully considering Judge Bloom's Transfer Order (Doc. 3) and Plaintiff's Motion to Transfer (Doc. 16), and undertaking a *de novo* review of the legal determinations recommended in Judge Frazier's Report and Recommendation (Doc. 18), the Court concludes that Judge Frazier's Report and Recommendation should be confirmed and accepted.

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1.      The Report and Recommendation of Magistrate Judge Douglas N. Frazier (Doc. 18) is **ADOPTED, CONFIRMED and APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

2.      Plaintiff's Motion to Transfer (Doc. 16) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 25, 2010.


Charlene Edwards Honeywell
United States District Judge


<u>**COPIES TO**</u>:
Magistrate Judge Douglas N. Frazier
Unrepresented Party