**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

JACQUELIN AMEDA a/k/a Remy Ameda,

    Plaintiff,

v.                                                                   Case No. 2:09-cv-468-FtM-36DNF

NATIONAL CREDIT UNION
ADMINISTRATION, in its capacity as
liquidating agent for Huron River Area
Credit Union, a state chartered credit union,

    Defendant.
_____/

**ORDER**

This cause comes before the Court upon the Report and Recommendation of United States Magistrate Judge Douglas N. Frazier, filed on October 25, 2010 (Doc. 21).  In the Report and Recommendation, Magistrate Judge Frazier recommends that the Court dismiss Plaintiff Jacquelin Ameda's Complaint without prejudice for Plaintiff's failure to prosecute.  Plaintiff has failed to file a Response to Judge Frazier's Report and Recommendation, and the time for doing so has expired.

After carefully considering Plaintiff's Complaint (Doc. 1), the Order to Show Cause (Doc. 20), and Magistrate Judge Frazier's Report and Recommendation (Doc. 21) and undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes that Magistrate Judge Frazier's Report and Recommendation should be confirmed and accepted.

Accordingly, it is now **ORDERED** and **ADJUDGED** as follows:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 21) is **ADOPTED, CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for

      all purposes, including appellate review.

2.      Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

3.      The Clerk is directed to terminate any pending motions and deadlines, enter judgment accordingly, and **CLOSE** this case.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 16, 2010.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Douglas N. Frazier
Unrepresented Party